No. 83–5434.   GUY v. TIP TOP, FABERGE, INC.   C. A. 8th Cir.
Certiorari denied.

No. 83–5436.   FROST v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 83–5439.   HOSKINS v. THOMPSON, GOVERNOR OF ILLINOIS.
C. A. 7th Cir.   Certiorari denied.

No. 83–5441.   MEARES-EL v. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 83–5443.   ORENSTEIN ET AL. v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 1st Cir.   Certiorari denied.

No. 83–5458.   CORTEZ v. NEW MEXICO.   Ct. App. N. M.
Certiorari denied.

No. 83–5481.   CASTRO v. FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER FOR BANCO CREDITO Y AHORRO PONCENO, ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 83–5503.   MOORE v. UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 83–5515.   PINEDA-CHINCHILLA v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 83–5518.   SAMMONS v. LIVESAY, WARDEN.   C. A. 6th Cir.
Certiorari denied.

No. 83–5520.   PIFER v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 83–5532.   HOLLIMAN v. UNITED STATES.   C. A. 8th Cir.
Certiorari denied.

No. 83–5535.   JENKS v. UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 83–5546.   HILLYARD v. UNITED STATES.   C. A. 4th Cir.
Certiorari denied.

No. 83–5554.   HAMPTON v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.